IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:10CR3092 |
| V. | ) | |
| MARCELLA M. SCHARTON, | ) | ORDER |
| Defendant. | ) | |

Counsel for the defendant is reminded that Mr. Mickle and not Mr. Molsen represents the government in this case. That snark aside,

IT IS ORDERED that the motion for continuance of sentencing (filing no. 124) currently set for January 3, 2012 is granted but not to exceed 30 days. Mr. Monzon shall coordinate a telephone conference with Mr. Mickle and my judicial assistant to set a specific date and time. My assistant returns on January 3, 2012.

DATED this 29th day of December, 2011.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge